No. 76–411.  TULSA THEATRICAL STAGE EMPLOYEES UNION, LOCAL 354 v. BROADWAY THEATRE LEAGUE OF TULSA, INC. Sup. Ct. Okla.  Certiorari denied.

No. 76–426.  FELDMAN ET AL. v. KUNKIN.  C. A. 9th Cir. Certiorari denied.

No. 76–428.  INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS ET AL. v. NORTHEAST AIRLINES, INC., ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 76–433.  FAVROT v. BARNES.  Ct. App. La., 4th Cir. Certiorari denied.

No. 76–511.  SALOMON ET AL. v. CROWN LIFE INSURANCE Co.  C. A. 8th Cir.  Certiorari denied.

No. 76–5041.  WONG v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 76–5073.  PAPA v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 76–5129.  LEE v. TENNESSEE.  Ct. Crim. App. Tenn. Certiorari denied.

No. 76–5135.  PERNO v. UNITED STATES; and
No. 76–5211.  CAPITO v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 76–5137.  GAITHER v. UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 76–5153.  LEE v. UNITED STATES.  C. A. D. C. Cir. Certiorari denied.